## WEBB v. NATIONAL STANDARD FIRE INS. CO.
### No. 2886.

Court of Civil Appeals of Texas. Beaumont.
Feb. 6, 1936.

Rehearing Denied Feb. 19, 1936.

E. E. Easterling and Leroy McCall, both of Beaumont, for appellant.

Peak & Rowland, of Houston, and Sonfield, Sonfield & Murphy, of Beaumont, for appellee.

O'QUINN, Justice.

Appellant appeals from an instructed verdict and consequent judgment against him in an action of trespass to try title rendered by the Fifty-eighth district court of Jefferson county. There was no exception to the judgment nor notice of appeal. In this state of the record, we are without jurisdiction to review the judgment, and the appeal is accordingly dismissed.